UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
December 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-00514 GEB |
| Plaintiff, ) | |
| v.    ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MAGOMED ABDUKHALIKOV, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Magomed Abdukhalikov</u>; Case <u>2:11-cr-00514 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, cosigned by Magomekhan Dzhazathkhanoz and Sam Karapatyam

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>12/14/2011</u>  at  2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge