```
                                                    FILED
                                                    December 14, 2011
          UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
        FOR THE EASTERN DISTRICT OF CALIFORNIA      CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) CASE NUMBER: 2:11-cr-00514 GEB
      Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
MAGOMED ABDUKHALIKOV, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Magomed Abdukhalikov; Case 2:11-cr-00514 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $75,000.00, cosigned by Magomekhan Dzhazathkhanoz and Sam Karapatyam

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 12/14/2011 at 2:55 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge