1  VICTOR S. HALTOM
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: (916) 447-2988
   e-mail: vshjah@aol.com
5
   Attorneys for Defendant
6  MAGOMED ABDUKHALIKOV

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   THE UNITED STATES OF                )    2:11-CR-00514 GEB
11 AMERICA,                             )
                                        )    STIPULATION REGARDING
12         Plaintiff,                   )    MODIFICATION OF PRETRIAL
                                        )    TRAVEL RESTRICTION
13 v.                                   )
                                        )
14 MAGOMED ABDUKHALIKOV,                )
                                        )
15         Defendant.                   )
   _____        )
16

17         Plaintiff, United States of America, by and through its counsel of record, and

18 defendant, Magomed Abdukhalikov, by and his counsel of record, hereby stipulate as

19 follows:

20         Mr. Abdukhalikov's conditions of pretrial release, which are set forth in docket

21 entry no. 31 in this action, may be modified so as to allow for him to travel outside of the

22 Eastern and Northern Districts of California for employment purposes only, with advance

23 approval of such travel from Pretrial Services.  Pretrial Services approves of this

24 modification.

25         Specifically, the parties stipulate that condition 5 of Mr. Abdukhalikov's

26 conditions of pretrial release, as set forth in docket entry no. 31, may be modified to allow

27 Mr. Abdukhalikov to travel outside of the Eastern and Northern Districts of California for

28 / / /

1  employment purposes only, with advance approval of such travel from Pretrial Services.

3  IT IS SO STIPULATED.

5  DATED:     February 5, 2013.

/s/ **Steven Lapham**
**STEVEN LAPHAM**
Assistant United States Attorney

10 DATED:     February 5, 2013.

/s/ **Victor Haltom**
**VICTOR HALTOM**
Counsel for Defendant M. Abdukhalikov

<u>O R D E R</u>

IT IS SO FOUND AND ORDERED.

Dated:  February 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge